FERGUSON v. HARLEM SAV. BANK. (Supreme Court, Appellate Division, First De-

partment. April 14, 1905.) Action by Alexander Ferguson against the Harlem Savings Bank, No opinion. Motion denied, with $10 costs.